AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PATRICIA POTTER

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL ACTION**

**07 CIV 9816**

CASE NUMBER: MDL No. 1:06-MD-1789 (JFK)

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Curtis & Weisbrod, LLP
11551 Forest Central, Suite 300
Dallas, TX 75243

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

NOV 0 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/20/2007 |
|---|---|
| NAME OF SERVER (PRINT) Kimberly Walker | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify): Certified Mail No. 7006 2760 0005 0873 6243

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/10/2008
Date

Kimberly Walker
*Signature of Server*

MILLER, CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2760 0005 0873 6243

Sent To: C T Corporation System
Street, Apt. or PO Box: 111 Eighth Avenue
City, State: New York, NY 10011

336396 11/16/07 KW 27MCW1303

PS Form 3...

Patricia Potter - green card not returned. U.S. Postal Service states the item arrived 11/20/07. Defendant's answer filed on 12/11/07.





# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 0873 6243**
Status: **Arrival at Unit**

Your item arrived at 5:39 AM on November 20, 2007 in NEW YORK, NY 10011. Information, if available, is updated every evening. Please check again later.



**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.





Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA